# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of February, two thousand twenty one,

HDI Global SE, FKA HDI-Gerling Industrie Versicherung AG,

    Petitioner - Appellant,

v.

Phillips 66 Company,

    Respondent - Appellee.

**ORDER**
Docket No. 20-1743

Appellee moves for sanctions against the appellant herein.

IT IS HEREBY ORDERED that the motion is DENIED without prejudice with leave to renew at or after oral argument.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

